# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Stephen E. McCabe**<br>**Kathleen A. McCabe**<br>**aka Kathleen Ankenbrand**<br><br>**Debtors** | **BK NO. 17-04090 JJT**<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for iFreedom Direct Corporation and index same on the master mailing list.

                              Respectfully submitted,


                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322