# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     STEPHEN E. MCCABE
            KATHLEEN A. MCCABE
            AKA: KATHLEEN ANKENBRAND     CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III             CASE NO: 5-17-04090-JJT
CHAPTER 13 TRUSTEE
            Movant

## WITHDRAWAL OF CERTIFICATE OF DEFAULT

AND NOW, on September 26, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the CERTIFICATE OF DEFAULT filed on or about SEPTEMBER 26, 2018 be withdrawn. The CERTIFICATE OF DEFAULT was filed in error or was incorrect as filed.

            Respectfully Submitted,

            s/ Charles J. DeHart, III
            Charles J. DeHart, III, Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            Phone: (717) 566-6097

Dated: September 26, 2018

IN RE: STEPHEN E. MCCABE
KATHLEEN A. MCCABE
AKA: KATHLEEN ANKENBRAND

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

STEPHEN E. MCCABE
KATHLEEN A. MCCABE
AKA: KATHLEEN ANKENBRAND

    Respondent(s)

CHAPTER 13

CASE NO: 5-17-04090-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on September 26, 2018.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA  18701-

Respectfully Submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 26, 2018