**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

___

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

___

| | | |
|---|---|---|
| IN RE: | : | |
| STEPHEN E. McCABE | : | Chapter 13 |
| KATHLEEN A. McCABE a/k/a | : | Case No.: 5:17-bk-04090-JJT |
| KATHLEEN ANKENBRAND | : | |
| Debtors | : | |
| | : | |
| CENLAR FSB as servicer for IFREEDOM | : | |
| DIRECT CORPORATION, | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| STEPHEN E. McCABE | : | |
| KATHLEEN A. McCABE | : | |
| KATHLEEN ANKENBRAND | : | |
| Respondents | : | |

___

**WITHDRAWAL OF OBJECTION OF DEBTORS TO MOTION OF CENLAR FSB AS SERVICER FOR**
**IFREEDOM DIRECT CORPORATION FOR RELIEF OF AUTOMATIC STAY**

___

The Debtors, STEPHEN E. McCABE and KATHLEEN A. McCABE a/k/a KATHLEEN ANKENBRAND, by and through their counsel, David J. Harris, Esquire, hereby withdraw their objection to the Motion of CENLAR FSB, as servicer for IFREEDOM DIRECT CORPORATION filed with the Court on June 14, 2018.

RESPECTFULLY SUBMITTED:

Dated: September 26, 2018      BY:   /s/ David J. Harris
       Wilkes-Barre, Pennsylvania          DAVID J. HARRIS, ESQUIRE