DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR THE DEBTORS
S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
STEPHEN AND KATHLEEN McCABE : Case No.: 5:17-bk-04090-JJT
:

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 29th day of October, 2018, I served a true and correct copy of the of the attached Notice of Debtor's Motion to Modify Second Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: October 30, 2018     By:    /s/ David J. Harris
        Wilkes-Barre, Pennsylvania           DAVID J. HARRIS, ESQUIRE

DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR THE DEBTOR
Pa. S. Ct. No.: 48558

LAW OFFICE
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail davidharrisesq@epix.net

---

IN RE: :
:
STEPHEN AND KATHLEEN McCABE : Case No.: 5:17-bk-04090-JJT
:
:
Debtors :

---

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF DEBTOR'S MOTION TO MODIFY SECOND AMENDED CHAPTER 13 PLAN

---

The Debtor filed a Motion to Modify First Amended Chapter 13 Plan, accompanied by a Second Amended Chapter 13 Plan on October 29, 2018.

A deadline of November 19, 2018 has been set for objections to the Motion and Second Amended Chapter 13 Plan. Any objections to the approval of the Motion and confirmation of the Second Amended Chapter 13 Plan will be heard at a hearing at a date to be scheduled. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Second Amended Chapter 13 Plan at that time.

A copy of the Second Amended Chapter 13 Plan is enclosed or can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours:

| **Address of the Bankruptcy Clerk's Office** |
|---|
| U.S. Bankruptcy Court |
| 274 Max Rosenn U.S. Courthouse |
| 197 South Main Street |
| Wilkes-Barre, PA 18701 |
| 570-831-2500 |
| Hours Open: Monday – Friday 9:00 AM to 4:00 PM |

Date: October 29, 2018  David J. Harris, Esquire
Pa. S. Ct. #48558
Attorney for Debtor/Movant
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
(570) 823-9400

Label Matrix for local noticing
0314-5
Case 5:17-bk-04090-JJT
Middle District of Pennsylvania
Wilkes-Barre
Mon Oct 29 07:56:08 EDT 2018



Cenlar Mortgage
PO Box 77423
Ewing, NJ 08628-7423

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

Mario John Hanyon
Phelan Hallinan & Schmieg
1617 JFK BLVD
Suite 1400
Philadelphia, PA 19103-1814

Intermountain Medical Group
PO Box 16346
Pittsburgh, PA 15242-0346

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

COMENITY CAPITAL BANK
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

Chase
P. O. Box 15298
Wilmington, DE 19850-5298



Diversified Consultants, Inc.
PO Box 1391
Southgate, MI 48195-0391



LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801-5014

Capital Accounts
PO Box 140065
Nashville, TN 37214-0065

Credit Management Company
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Fred Lombardo DPM
576 Wyoming Ave
Kingston, PA 18704-3702

IFREEDOM DIRECT CORP.
CENLAR FSB
ATTN: BK DEPARTMENT
425 PHILLIPS BLVD.
EWING, NJ 08618-1430

Brian Thomas Langford
Weltman, Weinberg & Reis Co. L.P.A.
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219-1842



Medical Data Systems
2001 9th Ave Ste 312
Vero Beach, FL 32960-6413

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-3581

ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251

One Main
PO Box 1010
Evansville, IN 47706-1010

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PSECU
P. O. Box 67012
Harrisburg, PA 17106-7012

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

Paul J. Konopka, Tax Collector
277 Wyoming Ave
Wyoming, PA 18644-1646

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Associates Of Wyoming
P. O. Box 197
State College, PA 16804-0197

Recupero Funeral Home
406 Susquehanna Ave
West Pittston, PA 18643-2419

Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117-6282


0

United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste 206
Toledo, OH 43614-1501

James Peter Valecko
Weltman Weinberg and Reis Co LPA
436 Seventh Avenue
2718 Koppers Building
Pittsburgh, PA 15219

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426-0055

WFFNB/Bob's Discount
PO Box 14517
Des Moines, IA 50306-3517

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wilkes-Barre General Hospital
P. O. Box 637907
Cincinnati, OH 45263-7907

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

End of Label Matrix
Mailable recipients    49
Bypassed recipients     8
Total                  57