```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04090-JJT
Stephen E. McCabe                                               Chapter 13
Kathleen A. McCabe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar            Page 1 of 1            Date Rcvd: Nov 14, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
5015690        +IFREEDOM DIRECT CORP.,    CENLAR FSB,    ATTN: BK DEPARTMENT,    425 PHILLIPS BLVD.,    EWING, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Stephen E. McCabe dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Debtor 2 Kathleen A. McCabe dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    iFreedom Direct Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ifreedom Direct CORP. bkgroup@kmllawgroup.com
              James Peter Valecko    on behalf of Creditor    PSECU jvalecko@weltman.com, PitEcf@weltman.com
              Jerome B Blank    on behalf of Creditor    IFREEDOM DIRECT CORP. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT CORPORATION
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    IFREEDOM DIRECT CORP. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Ifreedom Direct CORP. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT
               CORPORATION pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Ifreedom Direct CORP. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 14

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-04090-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Stephen E. McCabe<br>94 5th St<br>Wyoming PA 18644-2128 | Kathleen A. McCabe<br>94 5th St<br>Wyoming PA 18644-2128 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: IFREEDOM DIRECT CORP., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING, NJ 08618 | Wintrust Mortgage a division of<br>Barrington Bank and Trust Co NA<br>Attn Amanda Brill<br>9701 W Higgins Rd Ste 400<br>Rosemont, IL 60018<br>Wintrust Mortgage a division of |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/16/18 | Terrence S. Miller<br>**CLERK OF THE COURT** |