WWR# 40042720

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 17-04090 |
|---|---|
| STEPHEN MCCABE | CHAPTER 13 |
| KATHLEEN MCCABE | |
| Debtors | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brian T. Langford as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date: March 6, 2020

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

WWR# 40042720

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-04090 |
| STEPHEN MCCABE | CHAPTER 13 |
| KATHLEEN MCCABE | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Brian Langford, Esq., attorney for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance has been served on the 6th day of March, 2020, upon those listed below:

Service by First-Class Mail:

STEPHEN MCCABE, Debtor
94 5TH ST
WYOMING, PA 186442128

KATHLEEN MCCABE, Debtor
94 5TH ST
WYOMING, PA 186442128

and Service by NEF/ECF:

DAVID J HARRIS, Debtors Attorney at DH@LAWOFFICEOFDAVIDHARRIS.COM
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com
Attorney for Movant