WWR# 40042720

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| STEPHEN MCCABE | CASE NO. 17-04090 |
| KATHLEEN MCCABE | CHAPTER 13 |

<u>**NOTICE OF APPEARANCE**</u>

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., OH 44131 and enters its appearance as Agent for the following Creditor in the above-captioned proceedings: PENNSYLVANIA STATE EMPLOYEES CREDIT UNION.

Copies of all further communications, pleading, court notices, and other papers should be served on said agent.

Date: March 6, 2020

/s/ Scott D. Fink
Scott D. Fink
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com

WWR# 40042720

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STEPHEN MCCABE

KATHLEEN MCCABE

CASE NO. 17-04090

CHAPTER 13

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance has been served on the 6th day of March, 2020, upon those listed below:

Service by First-Class Mail:

STEPHEN MCCABE, Debtor
94 5TH ST
WYOMING, PA 186442128

KATHLEEN MCCABE, Debtor
94 5TH ST
WYOMING, PA 186442128

and Service by NEF/ECF:

DAVID J HARRIS, Debtors Attorney at DH@LAWOFFICEOFDAVIDHARRIS.COM
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com