In re:  Case No. 17-04090-MJC

Stephen E. McCabe  Chapter 13

Kathleen A. McCabe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Jun 30, 2023      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Stephen E. McCabe, Kathleen A. McCabe, 94 5th St, Wyoming, PA 18644-2128 |
| cr | + | Wintrust Mortgage, a division of Barrington Bank and Trust, attn Amanda Brill, 9701 W Higgins Rd, Suite 400 Rosemont, IL 60018-4703 |
| 4975008 | | Cenlar Mortgage, PO Box 77423, Ewing, NJ 08628-7423 |
| 4975015 | | Fred Lombardo DPM, 576 Wyoming Ave, Kingston, PA 18704-3702 |
| 5015690 | + | IFREEDOM DIRECT CORP., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 4975016 | | Intermountain Medical Group, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 4975005 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 4975004 | | McCabe Kathleen A, 94 5th St, Wyoming, PA 18644-2128 |
| 4975003 | | McCabe Stephen E, 94 5th St, Wyoming, PA 18644-2128 |
| 4975022 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 4975021 | | Paul J. Konopka, Tax Collector, 277 Wyoming Ave, Wyoming, PA 18644-1646 |
| 4975025 | | Radiology Associates Of Wyoming, P. O. Box 197, State College, PA 16804-0197 |
| 4975026 | | Recupero Funeral Home, 406 Susquehanna Ave, West Pittston, PA 18643-2419 |
| 4975030 | | WFFNB/Bob's Discount, PO Box 14517, Des Moines, IA 50306-3517 |
| 4975031 | | Wilkes-Barre General Hospital, P. O. Box 637907, Cincinnati, OH 45263-7907 |
| 5130479 | + | Wintrust Mortgage a division of, Barrington Bank and Trust Co NA, Attn Amanda Brill, 9701 W Higgins Rd Ste 400, Rosemont, IL 60018-4703 |
| 5130480 | + | Wintrust Mortgage a division of, Barrington Bank and Trust Co NA, Attn Amanda Brill, 9701 W Higgins Rd Ste 400, Rosemont, IL 60018 Wintrust Mortgage a division of 60018-4703 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 30 2023 22:42:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5010987 | + | EDI: CINGMIDLAND.COM | Jun 30 2023 22:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4975006 | + | EDI: TSYS2 | Jun 30 2023 22:42:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 5013969 | + | EDI: WFNNB.COM | Jun 30 2023 22:42:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4975007 | | Email/Text: bankruptcy@usecapital.com | Jun 30 2023 18:40:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 4975011 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 30 2023 18:40:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |

| ID | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 4975012 | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2023 18:48:54 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4975013 | EDI: DIRECTV.COM | Jun 30 2023 22:42:00 | DirectTV, P. O. Box 11732, Newark, NJ 07101-4732 |
| 5013178 | EDI: DIRECTV.COM | Jun 30 2023 22:42:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4975009 | EDI: JPMORGANCHASE | Jun 30 2023 22:42:00 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 5010733 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 18:48:54 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4975017 | Email/Text: MDSBankruptcies@meddatsys.com | Jun 30 2023 18:40:00 | Medical Data Systems, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 4975018 | + Email/Text: Bankruptcies@nragroup.com | Jun 30 2023 18:40:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4975019 | Email/Text: NCI_bankonotify@ncirm.com | Jun 30 2023 18:40:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 4982401 | EDI: AGFINANCE.COM | Jun 30 2023 22:42:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 4975020 | EDI: AGFINANCE.COM | Jun 30 2023 22:42:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5061019 | EDI: PRA.COM | Jun 30 2023 22:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5061020 | EDI: PRA.COM | Jun 30 2023 22:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5005562 | EDI: PRA.COM | Jun 30 2023 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4975024 | Email/Text: bankruptcynotices@psecu.com | Jun 30 2023 18:40:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4976139 | + EDI: PENNDEPTREV | Jun 30 2023 22:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4976139 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2023 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5162358 | + Email/Text: bncmail@w-legal.com | Jun 30 2023 18:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162357 | + Email/Text: bncmail@w-legal.com | Jun 30 2023 18:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4975027 | EDI: CITICORP.COM | Jun 30 2023 22:42:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4975028 | + Email/Text: BAN5620@UCBINC.COM | Jun 30 2023 18:40:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |
| 4995356 | EDI: AIS.COM | Jun 30 2023 22:42:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4975029 | EDI: VERIZONCOMB.COM | Jun 30 2023 22:42:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 4993812 | EDI: WFFC2 | | |

Jun 30 2023 22:42:00    Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4975010 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 5012690 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4975023 | *+ | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 5121531 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4975014 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 1 Stephen E. McCabe dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Debtor 2 Kathleen A. McCabe dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor iFreedom Direct Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Ifreedom Direct CORP. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU pitecf@weltman.com  PitEcf@weltman.com |
| Jerome B Blank | on behalf of Creditor IFREEDOM DIRECT CORP. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT CORPORATION pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor IFREEDOM DIRECT CORP. pamb@fedphe.com  mario.hanyon@brockandscott.com |

Mario John Hanyon
    on behalf of Creditor Ifreedom Direct CORP. pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com

Thomas Song
    on behalf of Creditor Ifreedom Direct CORP. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>Stephen E. McCabe<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2631<br>EIN  _ _-_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing)<br>Kathleen A. McCabe<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0128<br>EIN  _ _-_ _ _ _ _ _ _ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:17–bk–04090–MJC | | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen E. McCabe

Kathleen A. McCabe
aka Kathleen Ankenbrand

**By the court:**

6/30/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2