In re:  Case No. 17-04090-MJC
Stephen E. McCabe  Chapter 13
Kathleen A. McCabe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 10, 2023     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Stephen E. McCabe, Kathleen A. McCabe, 94 5th St, Wyoming, PA 18644-2128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 1 Stephen E. McCabe dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Debtor 2 Kathleen A. McCabe dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor iFreedom Direct Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Ifreedom Direct CORP. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU pitecf@weltman.com  PitEcf@weltman.com |
| Jerome B Blank | |

on behalf of Creditor IFREEDOM DIRECT CORP. pamb@fedphe.com

Jerome B Blank

on behalf of Creditor CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT CORPORATION pamb@fedphe.com

Mario John Hanyon

on behalf of Creditor IFREEDOM DIRECT CORP. pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Ifreedom Direct CORP. pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor CENLAR FSB AS SERVICER FOR IFREEDOM DIRECT CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor Ifreedom Direct CORP. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stephen E. McCabe, | Chapter 13 |
| **Debtor 1** | |
| Kathleen A. McCabe,<br>aka Kathleen Ankenbrand, | Case No. 5:17−bk−04090−MJC |
| **Debtor 2** | |

Social Security No.:
　　　　xxx−xx−2631　　　　xxx−xx−0128

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 10, 2023

**fnldec** (01/22)