UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STEPHEN E MCCABE<br>KATHLEEN A MCCABE<br><br>Debtor(s) | CASE NO. 17-bk-04090-MJC<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION and enter Milos Gvozdenovic as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> STEPHEN E MCCABE <br> KATHLEEN A MCCABE <br> Debtor(s) | CASE NO. 17-bk-04090-MJC <br><br> CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

STEPHEN E MCCABE, Debtor
94 5th St
Wyoming, PA 18644-2128

KATHLEEN A MCCABE, Co-Debtor
94 5th St
Wyoming, PA 18644-2128

**and Service by NEF/ECF**:

David J. Harris, Debtors Attorney at dh@lawofficeofdavidharris.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov


WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com